1 LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
2 **GILBERT & SACKMAN**
**A Law Corporation**
3 3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
4 Telephone: (323) 938-3000
Facsimile: (323) 937-3139

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
July 6, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(K) PLAN; THE SHEET METAL WORKERS LOCAL 88 RETIREE HEALTH PLAN; THE SHEET METAL WORKERS LOCAL 88 JOINT APPRENTICESHIP AND TRAINING FUND INC; THE LOCAL 88 INDUSTRY STABILIZATION PROGRAM; AND THE SMACNA OF SOUTHERN NEVADA (AKA SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.) TRADES PROGRAM AND INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NO. 88 DUES,

 Plaintiffs,

 v.

STRONG MAN SERVICES, INC. d/b/a S M S MECHANICAL; JOHN FREDERICK CAPURRO; and JASON RUSSELL HALES, individuals,

 Defendants.

Case No. 2:16-cv-04495-SJO (SKx)

Hon. S. James Otero

ORDER AND JUDGMENT ON SECOND SUPPLEMENTAL STIPULATION FOR JUDGMENT

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada (the "Pension Plan"); the Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada (the "Health Plan); the Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan (the "401(k) Plan"); the Sheet Metal Workers Local 88 Retiree Health Plan (the "Retiree Fund"); the Sheet Metal Workers Local 88 Joint Apprenticeship and Training Fund Inc. (the "JATC"); the Local 88 Industry Stabilization Program (the "Industry Stabilization Program); and the SMACNA of Southern Nevada (aka Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.) Trades Program ("Industry Fund") and International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88 Dues (the "Dues Fund") (collectively the "Plans" or "Trust Funds"), and Defendants, JOHN FREDERICK CAPURRO and JASON RUSSELL HALES (collectively "Individual Defendants"); and STRONG MAN SERVICES, INC. d/b/a S M S MECHANICAL ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendants are indebted to the Plans in the total amount of $102,738.20 as follows: $77,281.84 in audit contributions for the period of January 1, 2013 through January 31, 2017; $15,456.36 in liquidated damages and interest at 20% for late payment or nonpayment of the audit contributions for the period of January 1, 2013 through January 31, 2017; and attorney's fees in the amount of $10,000.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $304,006.00 for delinquent employee benefit plan contributions, audit contributions, accrued liquidated damages,

interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Second Supplemental Stipulation for Judgment does not supersede or replace the prior Stipulation for Judgment entered in this case on June 28, 2016 nor the Order on Stipulation for Judgment entered on July 1, 2016. Also, this Second Supplemental Stipulation for Judgment does not supersede or replace the prior Supplemental Stipulation for Judgment entered on August 28, 2017 nor the Order on Supplemental Stipulation for Judgment entered on September 19, 2017. This Supplemental Stipulation for Judgment only applies to the delinquency for audit contributions for the period of January 1, 2013 through January 31, 2017.

4. This Court retains jurisdiction over this matter through June 1, 2019 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: 7/6/18

_S. James Otero_
Hon. S. James Otero