UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JONG MOON CHUNG,<br><br>        Defendant. | No. CR 20-145-JAK<br><br>ORDER RE STIPULATION REGARDING REQUEST FOR ORDER DIRECTING THE CLERK OF COURT TO ACCEPT AND DEPOSIT THE DEFENDANT'S RESTITUTION PAYMENT PRIOR TO SENTENCING (DKT. 34) |

Based on a review of the Stipulation Regarding Request for Order Directing the Clerk of Court to Accept and Deposit the Defendant's Restitution Payment Prior to Sentencing (the "Stipulation" (Dkt. 34)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. The Clerk of the Court is directed to accept any and all payments made before sentencing or entry of judgment with respect to Defendant, including Defendant's prejudgment restitution payment agreed upon in the plea agreement.

2. The United States Attorney's Office shall email this Order

to the Clerk of the Court at fis_cac@cacd.uscourts.gov within two business days after its entry.

**IT IS SO ORDERED.**

June 3, 2021
Dated

John A. Kronstadt
United States District Judge

cc: Fiscal